IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE MICHAEL E. HEGARTY**

| | |
|---|---|
| Civil Action No.  12-cv-01751-PAB-MEH | Date:   September 21, 2012 |
| Courtroom Deputy: Cathy Coomes | **FTR – Courtroom A501** |

| | |
|---|---|
| R. SCOTT WIENS and | Christopher Dugan |
| | Richard Rose |
| AMERICAN FAMILY MUTUAL INSURANCE COMPANY, | J. Gregory Morrell (by phone) |
| Plaintiffs, | |
| vs. | |
| GEORGE VINCENT ROSSIE, | *Pro Se* |
| MRI OF AMERICA, LLC, and | (No appearance) |
| US DEPARTMENT OF THE TREASURY INTERNAL REVENUE SERVICE, | Lindsay Clayton (by phone) |
| Defendants. | |

**COURTROOM MINUTES/MINUTE ORDER**

**TELEPHONIC MOTION HEARING and SETTLEMENT CONFERENCE**

**Court in session:**     **10:23 a.m.**

Court calls case.  Appearances of counsel and *pro se* Defendant George Rossie.

Argument and discussion regarding Plaintiff's Motion for Attorney Fees and Costs (Doc. #12, filed 9/7/12) and the Unopposed Motion to Withdraw filed by Richard B. Rose (Doc. #20, filed 9/12/12).

10:56 a.m.     Off the record.
11:18 a.m.     On the record and sealed record to discuss settlement possibilities and terms.

The parties reach a settlement on all issues, and the terms of the settlement are read into the record by the Court.  All parties indicate their agreement to the terms of the settlement agreement.  All parties sign the Settlement Agreement and Stipulated Motion to Dismiss.

**ORDERED:**   1.   Plaintiff's Motion for Attorney Fees and Costs (Doc. #12, filed 9/7/12) is GRANTED as stated on the record.

2.   The Unopposed Motion to Withdraw filed by Richard B. Rose (Doc. #20, filed 9/12/12) is GRANTED as stated on the record.  Attorney Richard B. Rose is terminated.

**Court in recess:**     **11:42 a.m.**   (Hearing concluded)
**Total time in court:**   1:19